UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TONY RAY KING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:17-CV-742 CAS |
| ) | |
| GEORGE LOMBARDI, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court on plaintiff's Motion for Clarification. Plaintiff states that the name of one defendant, Brad Rentfro, is misspelled on the docket sheet, and that another defendant, Stan Jackson, has been omitted from the docket sheet. Plaintiff is correct, and the Clerk of the Court will be directed to modify the docket sheet to correct these errors.

On review of the file, it appears that plaintiff's Motion to Proceed In Forma Pauperis (Doc. 2) and Motion to Appoint Counsel (Doc. 4) are not signed by plaintiff. "The court must strike an unsigned paper unless the omission is promptly corrected after being called to the . . . party's attention." Fed. R. Civ. P. 11. The Court will order the Clerk to return the two motions to plaintiff so that he may sign and return them to the Court for filing.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's Motion for Clarification is **GRANTED**. [Doc. 5]

**IT IS FURTHER ORDERED** that the Clerk of the Court shall correct the docket sheet to reflect the correct spelling of defendant Brad Rentfro's name, and to include the name of omitted defendant Stan Jackson.

**IT IS FURTHER ORDERED** that the Clerk shall return the original Motion to Proceed In Forma Pauperis (Doc. 2) and Motion to Appoint Counsel (Doc. 4) to plaintiff because they are unsigned.

**IT IS FURTHER ORDERED** that plaintiff shall sign the Motion to Proceed In Forma Pauperis (Doc. 2) and, if he chooses, the Motion to Appoint Counsel (Doc. 4), and return them to the Court by **April 3, 2017**.

**IT IS FURTHER ORDERED** that if plaintiff fails to timely return the signed Motion to Proceed In Forma Pauperis, this case will be dismissed without prejudice.

_/s/ Charles A. Shaw_
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  13th  day of March, 2017.